**IT IS SO ORDERED.**

Dated: 10:50 AM March 05 2007

*/s/ Marilyn Shea-Stonum*
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 03-51536 |
| | ) | |
| RICHARD SIZEMORE | ) | CHAPTER 13 PROCEEDINGS |
| JILL SIZEMORE | ) | |
| | ) | JUDGE SHEA-STONUM |
| Debtor(s) | ) | |
| | ) | **ORDER GRANTING MOTION TO VALUE** |
| | ) | **COLLATERAL (AND AVOID JUDGMENT** |
| | ) | **LIEN OF AMERICAN EXPRESS)** |
| | ) | |

This cause came on for the Court's consideration upon the Motion of Richard and Jill Sizemore, Debtors to value collateral and avoid Judgment lien of American Express. The Court finds that all necessary parties have been served with the Motion and that there have been no Objections filed thereto. The Court further finds that there is no equity in the Debtors real estate to secure the judgment lien of American Express and that the Motion to value collateral and avoid the judgment lien of American Express is therefore well taken.

IT IS THEREFORE ORDERED that the Motion to value collateral and avoid the judgment lien of American Express is hereby granted.

IT IS FURTHER ORDERED that the Summit County Court of Common Pleas shall accept a certified copy of this Court's Order in full satisfaction of the judgment lien filed under docket number 383 page 132.

###
Respectfully submitted,

/s/Lee R. Kravitz 0025634
Lee R. Kravitz (Reg. #0025634)
Attorney for Debtor(s)
4508 State Road
Cleveland, OH 44109
216-749-0808

**PARTIES TO BE SERVED**

Jerome L. Holub, Esq.
One Cascade Plaza Ste. 2020
Akron, OH 44308

Lee R. Kravitz, Esq.
4508 State Road
Cleveland, OH  44109

American Express Co.
11340 Montgomery Rd. Ste. 210
Cincinnati, OH  45249

Richard & Jill Sizemore
1351 Noble St.
Barberton, OH  44203

td