**IT IS SO ORDERED.**

**Dated: 09:20 AM August 21 2007**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 03-51536 |
| | ) | |
| RICHARD PAUL SIZEMORE | ) | CHAPTER 13 PROCEEDINGS |
| JILL MARIE SIZEMORE | ) | |
| | ) | JUDGE MARILYN SHEA-STONUM |
| Debtor | ) | |
| | ) | **AGREED ORDER RESOLVING TRUSTEE'S** |
| | ) | **RECOMMENDATIONS AND DEBTORS'** |
| | ) | **RESPONSE TO TREATMENT OF CLAIM** |
| | ) | **OF WAYNE TRIPPE** |
| | ) | |

    This cause came on for the Court's consideration upon the recommendation of the Chapter 13 Trustee for treatment of the claim of Wayne Trippe and the response thereto filed by the Debtors.

Upon stipulation of the parties the Court finds that the claim of Wayne Trippe secured by a judgment lien should be paid in full as filed by the Chapter 13 Trustee.

IT IS SO ORDERED###

Respectfully submitted,

/s/Lee R. Kravitz_____        /s/Jerome Holub_____
Lee R. Kravitz (Reg. #0025634)            Jerome Holub
Attorney for Debtor(s)                    Chapter 13 Trustee
4508 State Road                           One Cascade Plaza, Ste 2020
Cleveland, OH 44109                       Akron, OH 44308
216-749-0808                              330-762-6335

**PARTIES TO BE SERVED**

Jerome L. Holub,Esq.
One Cascade Plaza, Ste 2020
Akron, OH 44308
**(electronically**)

Lee R. Kravitz, Esq.
4508 State Rd.
Cleveland, OH  44109
**(electronically)**


Wayne Trippe
1546 Union Street
Barberton OH 44203
**(U.S. Mail)**

Richard and Jill Sizemore
1351 Noble Street
Barberton, OH 44203
**(U.S. Mail)**

kk