CERTIFICATE OF SERVICE

A copy of the foregoing Final Report and Account has been sent by regular mail to the debtor(s), the debtor(s) attorney and the Equifax Credit Bureau on  January 24, 2008.


 /s/ Jerome L. Holub
Office of the Chapter 13 Trustee


CHAPTER 13
JEROMR L HOLUB
TRUSTEE
One Cascade Plaza
Suite 2020
Akron, Ohio 44308
(330) 762- 6335
FAX: (330) 762-7072

Bankruptcy Judge Copy

0504-15-EPIE15B-00004487-65099

# United States Bankruptcy Court

For The
Northern District of Ohio Eastern
Akron Division

In Re:  RICHARD PAUL & JILL MARIE SIZEMORE
1351 NOBLE ST
BARBERTON, OH 44203

Case No.:  03-51536
SS #1:  XXX-XX-3753
SS #2:  XXX-XX-4296

## Trustee's Final Report

Case Filed On:  March, 27, 2003    Plan Confirmed On:  December, 1, 2003    Case Concluded On:  November, 30, 2007

Plan Completed

Total funds received and disbursed pursuant to the plan:  $ 33,289.28    Detail of Disbursements below:

| Claim Number | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Int % | To be paid Under Plan | Principal Paid | Interest Paid | |
|---|---|---|---|---|---|---|---|---|
| 799 | LEE R KRAVITZ | 900.00 | 900.00 | .0000 | 900.00 | 900.00 | 0.00 | |
| | Total Admin. | 900.00 | 900.00 | | 900.00 | 900.00 | 0.00 | |
| 012 | SUMMIT COUNTY - CSEA | 1,521.00 | 1,521.00 | .0000 | 1,521.00 | 1,521.00 | 0.00 | |
| | Total Priority | 1,521.00 | 1,521.00 | | 1,521.00 | 1,521.00 | 0.00 | |
| 999 | RICHARD PAUL & JILL MARIE | 1,312.31 | 1,312.31 | .0000 | 1,312.31 | 1,312.31 | 0.00 | |
| | Total Refund | 1,312.31 | 1,312.31 | | 1,312.31 | 1,312.31 | 0.00 | |
| 001 | THE CADLE COMPANY | 7,693.17 | 4,000.00 | .0000 | 4,000.00 | 4,000.00 | 0.00 | |
| 003 | FIRSTMERIT CORPORATION | 6,000.00 | 6,000.00 | 8.5000 | 6,000.00 | 6,000.00 | 1,457.36 | |
| 006 | EVERHOME MORTGAGE COMPANY | 8,841.66 | 7,935.89 | 9.0000 | 7,935.89 | 7,935.89 | 2,261.38 | |
| 007 | WAYNE TRIPPE | 5,000.00 | 5,000.00 | .0000 | 5,000.00 | 5,000.00 | 0.00 | |
| | Total Secured | 27,534.83 | 22,935.89 | | 22,935.89 | 22,935.89 | 3,718.74 | |
| | COLLECTOL CREDIT PAC | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | FIRST FEDERAL CREDIT CONT | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | FARM BUREAU BANK | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | BARBERTON CITIZENS HOSPIT | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | TIME WARNER CABLE | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | PARK MD INC | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | SEARS | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | ECAST SETTLEMENT CORP | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | AMERICAN EXPRESS | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | BANKCARD SERVICES | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | AKRON GENERAL MEDICAL CEN | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | NATIONAL CITY BANK | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | EMP OF BARBERTON | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | AIRTOUCH CELLULAR | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | GM CARD | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | EMP OF BARBERTON | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | AMERITECH/SBC | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| | AMERICAN EXPRESS COMPANY | None | None | .0000 | 0.00 | 0.00 | 0.00 | * |
| 002 | PORTFOLIO RECOVERY ASSOCI | 4,714.73 | 4,714.73 | .0000 | 47.15 | 47.15 | 0.00 | |
| 003 | FIRSTMERIT CORPORATION | 2,677.06 | 2,677.06 | .0000 | 26.77 | 26.77 | 0.00 | |
| 004 | ECAST SETTLEMENT CORP | 4,125.52 | 4,125.52 | .0000 | 41.26 | 41.26 | 0.00 | |
| 005 | OHIO EDISON COMPANY | 4,646.03 | 4,646.03 | .0000 | 46.46 | 46.46 | 0.00 | |
| 007 | WAYNE TRIPPE | 1,895.27 | 1,895.27 | .0000 | 18.95 | 18.95 | 0.00 | |
| 008 | GM CARD | 7,772.80 | 7,772.80 | .0000 | 77.73 | 77.73 | 0.00 | |
| 009 | BANK ONE NA | 8,096.47 | 8,096.47 | .0000 | 80.96 | 80.96 | 0.00 | |
| 010 | BARBERTON CITIZENS HOSPIT | 3,730.25 | 3,730.25 | .0000 | 37.30 | 37.30 | 0.00 | |

* CREDITORS BARRED

# United States Bankruptcy Court

For The
Northern District of Ohio Eastern
Akron Division

In Re: RICHARD PAUL & JILL MARIE SIZEMORE
1351 NOBLE ST
BARBERTON, OH 44203

Case No.: 03-51536
SS #1: XXX-XX-3753
SS #2: XXX-XX-4296

## Trustee's Final Report

Case Filed On: March, 27, 2003      Plan Confirmed On: December, 1, 2003      Case Concluded On: November, 30, 2007

Plan Completed

Total funds received and disbursed pursuant to the plan:      $_____33,289.28                    Detail of Disbursements below:

| Claim Number | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Int % | To be paid Under Plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|---|
| 011 | DOMINION EAST OHIO GAS | 2,024.41 | 2,024.41 | .0000 | 20.24 | 20.24 | 0.00 |
| | Total Unsecured | 39,682.54 | 39,682.54 | | 396.82 | 396.82 | 0.00 |
| | Grand Totals: | 70,950.68 | 66,351.74 | | 27,066.02 | 27,066.02 | 3,718.74 |

Total Paid Claimant:        30,784.76
Trustee Allowances:         2,504.52
Percent Paid Unsecured:     1.0000

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated: January 24, 2008

/s/ Jerome L. Holub
_____
Jerome L. Holub, Trustee